August 9, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

WILLIAM PRICE, SR. AND HAITHAM BAQDOUNES, Appellants

NO. 14-15-00508-CV                               V.

LUIS SANCHEZ, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Luis Sanchez, signed May 13, 2015, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that appellee, Luis Sanchez, take nothing on his claims for conversion and attorney's fees.

We further order that all costs incurred by reason of this appeal be paid by appellee, Luis Sanchez.

We further order this decision certified below for observance.